14 P.3d 1033

Thomas **ROBERTSON**, an unmarried man, Plaintiff–Appellant,

v.

**MOTOR CARGO, INC.,** a Utah corporation, Defendant– Appellee.

No. 1 CA–CV 97–0395, 1 CA–CV 98–0186.

Court of Appeals of Arizona, Division One, Department A.

Dec. 21, 2000.

GERBER, J.

The above-entitled Court of Appeals Opinion has been depublished pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

IT IS ORDERED that the Clerk of the Court of Appeals redesignate and file this as a Memorandum Decision.

IT IS FURTHER ORDERED that a copy of this Order together with a copy of the Memorandum Decision, be sent to each party appearing herein or the attorney for such party, and to The Honorable Robert M. Brutinel, Judge.